# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3977

_____

Yussuf Hamid

*Appellant*

v.

JPMorgan Chase Bank, National Association; Shapiro & Zielke, LLP; John Does I-XX

*Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 30, 2013
Filed: May 3, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this civil action challenging the foreclosure of his home, Yussuf Hamid appeals after the district court[1] dismissed his claims. Upon careful review of the

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

issues properly raised on appeal, we find no basis for reversal. See Butler v. Bank of America, N.A., 690 F.3d 959, 962 (8th Cir. 2012) (rejecting theory that holder of mortgage must also hold note in order to foreclose); see also Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (courts are not bound to accept as true legal conclusions couched as factual allegations); Hill v. City of Pine Bluff, Ark., 696 F.3d 709, 712 n.2 (8th Cir. 2012) (claims not argued on appeal are deemed abandoned); Rotskoff v. Cooley, 438 F.3d 852, 854 (8th Cir. 2006) (appellant waives challenge to district court's ruling by failing to develop issue in brief as required by rules of appellate procedure); Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (claims not presented in district court may not be advanced for first time on appeal).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____